UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEBSTER BANK, | : |
|     Plaintiff | : |
| v. | : Civil No. 3:01CV01959(SRU) |
| DEBBIE M. KERPEN, A/K/A DEBBIE C. KERPEN A/K/A DEBBIE KERPEN A/K/A DEBORAH KERPEN, BANKBOSTON, N.A. N/K/A FLEET BANK, ROBERT KERPEN, HATMAN CONSTRUCTION, LLC, AND UNITED STATES OF AMERICA, | : |
|     Defendants. | : February 27, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR TECHNICAL CORRECTION OF ESCROW ORDER

Defendant the United States of America (the "United States") hereby moves the Court to issue the proposed Order, which incorporates a technical correction of the Court's May 27, 2003 Order concerning the escrow of funds remaining after certain creditors have been paid in accordance with that prior Order. In support of this Motion, the United States says:

1. Plaintiff Webster Bank initiated the above civil foreclosure action to collect its mortgage on certain real property located at 131-135 Warner Road, in East Haven, Connecticut. The United States had previously commenced civil forfeiture proceedings against the same property based on allegations, among others, that the listed owner, Debbie Kerpen, had used the property to facilitate a prostitution business in violation of 18 U.S.C. 1952(a)(3) (interstate acts in aid of racketeering), and that she had also purchased the property with proceeds of that same prostitution business.

2. On May 27, 2003, the Court issued an Order proposed by the United States, which stated, among other things: (1) that the proceeds of the foreclosure sale would be used to satisfy all adequately proven claims of three creditors, consisting of plaintiff Webster Bank, defendant BankBoston, N.A. N/K/A Fleet Bank, and defendant Hatman Construction, LLC; and (2) "that, after any such disbursements pursuant to the Court's partial supplemental judgment, the funds remaining shall be deposited in the United States Marshals Seized Asset Deposit Account, pending the disposition of the related forfeiture actions, Civil No. 3:01CV829[(SRU)][1] and Criminal No. 3:02CR230(SRU)."

3. Undersigned government counsel has contacted counsel for all three of the foregoing creditors, and the Committee counsel, Fred Anthony, Esq., who administered the foreclosure and the subsequent disbursements to the three creditors. All four counsel have advised undersigned counsel that the foreclosure and the three authorized disbursements have occurred, in the amounts listed below, leaving a remainder of $114,835.28 to be deposited pending the disposition of the related forfeiture actions:

| | |
|---|---:|
| Foreclosure amount: | $482,000 |
| Disbursements: | |
| – Webster Bank: | $280,915.57 |
| – Fleet Bank: | $52,158.89 |
| – Hatman Construction: | $28,472.58 |
| – Committee Fee/Expenses: | $5,617.68 |
| Total Disbursements: | $367,164.72 |
| Remainder: | $114,835.28 |

---

[1] The proposed Order submitted by the government in May, 2003 incorrectly listed the case assignment for C3:01CV829 as Judge Dorsey (PCD), not Judge Underhill (SRU). The proposed Order submitted herewith corrects that mistake.

4. Committee counsel Fred Anthony, Esq. has advised undersigned government counsel that he is ready to disburse the remaining amount of $114,835.28 to the United States in compliance with the Court's Order, and that he would not object to this case being subsequently closed. All three creditors' counsel have also advised undersigned government counsel that their clients have received their disbursements, and that they would not object to this case being closed out.

5. One technical correction to the Court's May 27, 2003 Order is needed before the remainder amount of $114,835.28 can be disbursed and this case can be closed out. Specifically, in the Order proposed by the United States in May 2003, undersigned counsel listed the wrong government escrow account to which the remainder of funds should be disbursed. Instead of the "United States Marshals Seized Asset Deposit Account," the check should be made payable to "U.S. Treasury," and the account into which the Internal Revenue Service case agents should deposit the check is the "U.S. Customs Suspense Account."[2]

---

[2] Different forfeiture escrow accounts are utilized by different federal agencies. For instance, the Federal Bureau of Investigation's forfeiture funds are held in the "United States Marshals Seized Asset Deposit Account." However, agencies of the U.S. Treasury Department, including the Internal Revenue Service, utilize the "U.S. Customs Suspense Account" for holding potential forfeiture funds in escrow.

6. The two remaining claimants, Debbie Kerpen and Robert Kerpen, do not object to this Motion. Undersigned counsel contacted counsel for claimant Debbie Kerpen, William Bloss, Esq., who indicated that his client would lodge no objection to the Motion. Undersigned counsel spoke with pro se claimant Robert Kerpen by telephone, who advised that he continues to represent himself pro se in this matter, and that he has no objection to the technical correction requested by this Motion.

WHEREFORE, the United States respectfully requests that the Court issue the proposed Order correcting the prior Order of May 27, 2003, and authorizing Committee counsel Fred Anthony, Esq. to disburse the foreclosure sale remainder amount of $114,835.28 to the U.S. Treasury, to be held in escrow pending the disposition of the related forfeiture actions.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: _____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3769

-4-

## CERTIFICATE OF SERVICE

I HEREBY certify that I caused a copy of the foregoing Motion and attached, proposed Order to be sent by first-class mail, this 27 day of February, 2004, to:

Fred Anthony, Esq.
90 Huntington St.
Shelton, CT  06484

Tom Welch, Esq.
Winnick, Vine, Welch
 & Todosio
375 Bridgeport Ave.
Shelton, CT 06484

Michael Auger, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106

Joshua Winnick, Esq.
Winnick, Ruben, Chambers,
Evans and Hoffnung, LLC
110 Whitney Ave.
New Haven, CT 06510

William M. Bloss, Esq.
Jacobs, Grundberg,
 Belt & Dow, P.C.
350 Orange Street
New Haven, CT  06511

Mr. Robert Kerpen, pro se
P.O. Box 263
North Haven, CT

Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEBSTER BANK, : | |
|         Plaintiff : | |
| v. : | Civil No. 3:01CV01959(SRU) |
| DEBBIE M. KERPEN, A/K/A DEBBIE C. : KERPEN A/K/A DEBBIE KERPEN A/K/A DEBORAH KERPEN, BANKBOSTON, N.A. : N/K/A FLEET BANK, ROBERT KERPEN, HATMAN CONSTRUCTION, LLC, AND : UNITED STATES OF AMERICA, : | |
|         Defendants. : | |

## ORDER

Upon consideration of defendant the United States of America's Motion for Technical Correction of Escrow Order and the representations therein,

IT IS HEREBY ORDERED that the Court's May 27, 2003 Order is hereby amended, to state that, after the property has been foreclosed and the authorized disbursements to creditors have issued, the funds remaining shall be deposited not in the United States Marshals Seized Asset Deposit Account, but in the government's U.S. Customs Suspense Account; and

IT IS FURTHER ORDERED that Committee counsel Fred Anthony, Esq., shall issue a check payable to "U.S. Treasury" for the complete remaining balance of the foreclosure sale proceeds, and that these proceeds shall be deposited by the Internal Revenue Service into the U.S. Customs Suspense Account, pending the disposition of the related forfeiture actions, Civil No. 3:01CV829(SRU) and Criminal No. 3:02CR230(SRU).

Dated this _____ day of _____ , 2004,
at New Haven, Connecticut.

_____
HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE