UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  A 8:39
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| WEBSTER BANK, | : |
| Plaintiff | : |
| v. | : Civil No. 3:01CV01959(SRU) |
| DEBBIE M. KERPEN, A/K/A DEBBIE C. KERPEN A/K/A DEBBIE KERPEN A/K/A DEBORAH KERPEN, BANKBOSTON, N.A. N/K/A FLEET BANK, ROBERT KERPEN, HATMAN CONSTRUCTION, LLC, AND UNITED STATES OF AMERICA, | : |
| Defendants. | : February 27, 2004 |

FILED 2004 MAR -9 A 8:27 US DISTRICT COURT BRIDGEPORT CT

### DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR TECHNICAL CORRECTION OF ESCROW ORDER

Defendant the United States of America (the "United States") hereby moves the Court to issue the proposed Order, which incorporates a technical correction of the Court's May 27, 2003 Order concerning the escrow of funds remaining after certain creditors have been paid in accordance with that prior Order. In support of this Motion, the United States says:

1. Plaintiff Webster Bank initiated the above civil foreclosure action to collect its mortgage on certain real property located at 131-135 Warner Road, in East Haven, Connecticut. The United States had previously commenced civil forfeiture proceedings against the same property based on allegations, among others, that the listed owner, Debbie Kerpen, had used the property to facilitate a prostitution business in violation of 18 U.S.C. 1952(a)(3) (interstate acts in aid of racketeering), and that she had also purchased the property with proceeds of that same prostitution business.

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
3/8/04