United States District Court
District of Connecticut
FILED AT      BRIDGEPORT

3-9-04

Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



WEBSTER BANK,

        Plaintiff

v.

DEBBIE M. KERPEN, A/K/A DEBBIE C.
KERPEN A/K/A DEBBIE KERPEN A/K/A
DEBORAH KERPEN, BANKBOSTON, N.A.
N/K/A FLEET BANK, ROBERT KERPEN,
HATMAN CONSTRUCTION, LLC, AND
UNITED STATES OF AMERICA,

        Defendants.

Civil No. 3:01CV01959(SRU)

### ORDER

Upon consideration of defendant the United States of America's Motion for Technical Correction of Escrow Order and the representations therein,

IT IS HEREBY ORDERED that the Court's May 27, 2003 Order is hereby amended, to state that, after the property has been foreclosed and the authorized disbursements to creditors have issued, the funds remaining shall be deposited not in the United States Marshals Seized Asset Deposit Account, but in the government's U.S. Customs Suspense Account; and

IT IS FURTHER ORDERED that Committee counsel Fred Anthony, Esq., shall issue a check payable to "U.S. Treasury" for the complete remaining balance of the foreclosure sale proceeds, and that these proceeds shall be deposited by the Internal Revenue Service into the U.S. Customs Suspense Account, pending the disposition of the related forfeiture actions, Civil No. 3:01CV829(SRU) and Criminal No. 3:02CR230(SRU).

Dated this _8th_ day of _March_, 2004, at ~~New Haven~~ Bridgeport, Connecticut.

HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE