UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WEBSTER BANK

       v.                                  3:01CV1959 SRU

DEBBIE M. KERPEN, a/k/a
Debbie C. Kerpen, Debbie Kerpen, Deborah Kerpen
BANKBOSTON, N.A., n/k/a Fleet Bank,
ROBERT KERPEN, HATMAN CONSTRUCTION, LLC and
UNITED STATES OF AMERICA

## JUDGMENT

This action came on before the Honorable Stefan R. Underhill, United States District Judge as a result of defendant United States of America's motion to dismiss the case as to all parties because all parties have obtained appropriate relief or withdrawn their claims and there remain no issues left to litigate or resolve. After reviewing the papers submitted in connection with the request, the Court endorsed the motion on December 2, 2004, granting the motion.

Therefore, it is ORDERED and ADJUDGED that the above-entitled case is dismissed as to all parties and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of December, 2004.

                                                KEVIN F. ROWE, Clerk

                                       By    /s/ Chrystine W. Cody
                                                    Deputy-in-Charge

Entered on Docket_____